# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS JEFFERDS,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.; and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO.: 2:18-CV-02249-WBS-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Hon. William B. Shubb<br><br>State Action Filed: July 9, 2018<br>Trial Date: None |

1.

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

**CASE NO. 2:18-CV-02249-WBS-EFB**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, plaintiff Alexis Jefferds and defendant Transdev Services, Inc., acting through their respective counsel of record, having so stipulated, and good cause appearing therefor,

IT IS ORDERED that this action is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: October 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE